No. 91–7201.  CARTWRIGHT *v.* WHITE, SUPERINTENDENT, ALGOA CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 91–7206.  JOHNSON *v.* CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 91–7211.  CORDLE *v.* SQUARE D CO.  C. A. 6th Cir.  Certiorari denied.

No. 91–7214.  GRIMES *v.* WELLS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 91–7215.  FANT *v.* TURNER, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–7216.  KALTENBACH *v.* STALDER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–7218.  MERCHANT *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 91–7219.  PAIGE *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–7223.  MASUTH *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 91–7224.  PATTILLO *v.* CITY OF LAS VEGAS, NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 91–7228.  MORGAN *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 91–7232.  HOFMANN *v.* PRESSMAN TOY CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–7234.  LEE *v.* WALGREEN'S CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–7236.  MOORE *v.* JAMES, JUDGE, SUPERIOR COURT OF DOUGLAS COUNTY.  Sup. Ct. Ga.  Certiorari denied.